UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Richard A Davidson,

    Petitioner,

v.                                  Case No. 2:14–cv–115

Warden, Mansfield Correctional        Judge Michael H. Watson
Institution,

    Respondent.

## ORDER

Magistrate Judge Deavers issued a Report and Recommendation ("R&R") in this *pro se* habeas corpus case, recommending that this action be dismissed as barred by the one-year statute of limitations pursuant to 28 U.S.C. § 2244(d). R&R, ECF No. 16.

Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 7–8. Magistrate Judge Deavers further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge as well as a waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R, ECF No. 16, is **ADOPTED** and the Court hereby **DISMISSES** this petition for a writ of habeas corpus as time-barred. The clerk shall terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**